IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ARMEDIA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-cv-00930-DRH-DGW |
| | ) | |
| CEDARHURST OF SHILOH OPERATOR, LLC, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants Cedarhurst of Shiloh Operator, LLC ("Cedarhurst of Shiloh"); Cedarhurst of Collinsville, LLC ("Cedarhurst of Collinsville"); Frontier Management, LLC d/b/a Cedarhurst Assisted Living ("Frontier Management"); Almir Sajtovic; and Anne Larson (collectively, "Defendants"), by and through their counsel, hereby give notice of the removal of the above-styled action to this Court from the Circuit Court of St. Clair County, State of Illinois. In support of their Notice of Removal, Defendants state the following:

1. The action styled *Hall v. Cedarhurst of Shiloh Operator, LLC, et al.*, Case No. 13L387, was filed in the Circuit Court of St. Clair County, State of Illinois on or about July 25, 2013.

2. Defendant Cedarhurst of Shiloh was served with a summons and a copy of Plaintiff's Complaint on August 14, 2013.

3. Defendant Cedarhurst of Collinsville was served with a summons and a copy of Plaintiff's Complaint on August 13, 2013.

4. Defendant Frontier Management was served with a summons and a copy of Plaintiff's Complaint on August 12, 2013.

5. Defendant Almir Sajtovic was served with a summons and a copy of Plaintiff's Complaint on August 14, 2013.

6. Defendant Anne Larson was served with a summons and a copy of Plaintiff's Complaint on August 14, 2013.

7. This Notice of Removal is timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

8. Venue of this civil action is proper in this Court pursuant to 28 U.S.C. § 1441(a).

9. All Defendants are represented by the undersigned counsel and all five Defendants are jointly removing this action to this Court.

10. This action arises from Plaintiff's employment and Cedarhurst of Shiloh was Plaintiff's employer.

11. Under 28 U.S.C. § 1441(b), claims or causes of action presented in state court proceedings where the district courts of the United States have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removable without regard to the citizenship of the parties.

12. In her Petition, Plaintiff purports to bring claims for employment discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq.* ("ADEA"), as well as the Illinois Human Rights Act, 775 ILCS 5/1-101, *et seq.* ("IHRA"). Plaintiff also purports to bring Illinois state common law claims. *See* Complaint generally.

13. The Court has original jurisdiction over the state court action under 28 U.S.C. § 1331 because twelve of Plaintiff's causes of action arise under the laws of the United States, namely, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq.*

14. The state court action, therefore, may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) without regard to the citizenship or residence of the parties or the amount in controversy.

15. The Court may exercise supplemental jurisdiction of the state IHRA and common law claims pursuant to 28 U.S.C. § 1367, because these claims are so related to the Title VII and ADEA claims that they form part of the same case or controversy under Article III of the United States Constitution.

16. Pursuant to 28 U.S.C. § 1446(d), Defendants have given written notice of its filing of this Notice to counsel for Plaintiff. Defendants will also promptly file a copy of this Notice with the Circuit Court of St. Clair County, State of Illinois.

17. Pursuant to 28 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders included in the state court file are attached to this Notice as Exhibit A.

WHEREFORE, Defendants Cedarhurst of Shiloh Operator, LLC; Cedarhurst of Collinsville, LLC; Frontier Management, LLC d/b/a Cedarhurst Assisted Living; Almir Sajtovic; and Anne Larson, by and through its counsel, desiring to remove this civil action to the United States District Court for the Southern District of Illinois, pray that the filing of this Petition for and Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Petition for Notice of Removal with the clerk of the Circuit Court of St. Clair County, State of Illinois, shall effect the removal of said civil action to this Honorable Court.

Dated:  September 10, 2013

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


 */s/ Meredith A. Lopez*
William M. Lawson, #6212225
Meredith A. Lopez, #6311188
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Phone: (314) 802-3935
Facsimile: (314) 802-3936
william.lawson@ogletreedeakins.com
meredith.lopez@ogletreedeakins.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was emailed on September 10, 2013, via the Court's electronic filing system, to the following:

Michael J. Brunton, #06206663
Mary M. Stewart, #06200773
819 Vandalia
Collinsville, Illinois 62234
Phone: (618) 343-0750
Facsimile: (618) 343-0227

Attorneys for Plaintiff

15885584.2