UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ARMEDIA HALL**,

    Plaintiff,

v.

**CEDARHURST OF SHILOH OPERATOR, LLC**,

    Defendants.　　　　　　　　　　　　No. 13-cv-930-DRH

**JUDGMENT IN A CIVIL CASE**

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on August 8, 2014 (Doc. 33) and October 7, 2014 ( Doc. 35), this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                BY:      */s/Caitlin Fischer*
                                                **Deputy Clerk**

Dated:   October 30, 2014

David R. Herndon
2014.10.30 14:27:05 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT